UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JEFFREY T. HALUPTZOK,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC,

Defendant.

Case No. 25-CV-3857 (PJS/EMB)

---

GERALD ALLEN HALUPTZOK,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC,

Defendant.

Case No. 26-CV-2998 (KMM/LIB)

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 25-CV-3857 (PJS/EMB) having been assigned to Chief Judge Patrick J.

Schiltz and Magistrate Judge Elsa M. Bullard, and Case No. 26-CV-2998 (KMM/LIB)

having later been assigned to Judge Katherine M. Menendez and Magistrate Judge Leo I.

Brisbois, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-CV-2998 (KMM/LIB) be reassigned

to Chief Judge Patrick J. Schiltz and Magistrate Judge Elsa M. Bullard, *nunc pro tunc*, and

the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this

District's Order for Assignment of Cases dated May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the

above files.

Dated: June 18, 2026                          /s/ Patrick J. Schiltz
                                              Patrick J. Schiltz, Chief Judge
                                              United States District Court

Dated: June 18, 2026                          s/*Katherine M. Menendez*
                                              Katherine M. Menendez
                                              United States District Judge